UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE SIMMONS,

    Plaintiff,

v.

    Case No. 1:22-cv-493

    Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 59) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Objections to Order Granting Extension of Time to File (ECF Nos. 32, 38) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal by Plaintiff would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: July 27, 2023            /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE